UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                              23-MC-31

$43,827 UNITED STATES CURRENCY,

        Defendant *in rem*.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and, Herbert L. Greenman, Esq., attorney for claimant Jovan Smith, that the government's time to file its Verified Complaint for Forfeiture be extended from September 5, 2023 to November 6, 2023, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: August 23, 2023                    Dated: August 23, 2023

TRINI E. ROSS
United States Attorney
Western District of New York

By: _____        /s/ Herbert L. Greenman
    Elizabeth M. Palma                    Herbert L. Greenman, Esq.
    Assistant United States Attorney      42 Delaware Avenue
    United States Attorney's Office       Suite 120
    Western District of New York          Buffalo, New York 14202
    138 Delaware Avenue                   hgreenman@lglaw.com
    Buffalo, New York 14202               Attorney for Jovan Smith
    716-843-5809
    Elizabeth.palma@usdoj.gov